NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA SOCORRO GONZALEZ CASTRO et al., | No. 06-75265 |
| Petitioners, | Agency Nos.  A078-111-832 |
| | A075-710-508 |
| v. | A075-710-509 |
| | A075-710-510 |
| ERIC H. HOLDER, Jr., Attorney General, | A075-710-511 |
| Respondent. | MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:    O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Maria Socorro Gonzalez Castro and her children, natives and citizens of

Mexico, petition for review of the Board of Immigration Appeals' order dismissing

their appeal from an immigration judge's decision denying their application for

asylum and withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We review for substantial evidence factual findings. *INS v. Elias-Zacarias*, 502 U.S. 478, 481 n.1 (1992). We grant the petition for review and remand.

The record compels the conclusion Gonzalez Castro suffered past persecution based on the threats made toward her, the stabbing of her client which the assailant directed at Gonzalez Castro by leaving her business card, and the subsequent phone call warning her that she and her children would be next. *See Salazar-Paucar v. INS*, 281 F.3d 1069, 1074-75 (9th Cir. 2002).

Because Gonzalez Castro established past persecution, she is entitled to a presumption that she has a well-founded fear of future persecution. *See Ahmed v. Keisler*, 504 F.3d 1183, 1197 (9th Cir. 2007). We remand for the agency to decide in the first instance whether the government has met its burden to rebut this presumption. *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED. REMANDED.**

06-75265